## W. P. Potter, Plaintiff in Error, v. S. A. Gibson et al., Defendants in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed April 18, 1913. Rehearing denied October 15, 1913.

### Statement of the Case.

Action by W. P. Potter against S. A. Gibson, A. C. Gibson, G. A. Gibson, J. Francis Miller, Illinois National Bank and H. M. Merriam, to recover the sum of four thousand dollars alleged to have been paid by plaintiff for stock in a certain corporation upon the misrepresentations of defendants as to the solvency and financial condition of such corporation. Plaintiff dismissed the action as against the Gibsons. From a judgment entered in favor of other defendants on a directed verdict, plaintiff brings error.

J. E. WINTERBOTHAM and E. A. PERRY, for plaintiff in error.

MCANULTY & ALLEN, for defendants in error, H. M. Merriam and Illinois National Bank.

MR. JUSTICE PHILBRICK delivered the opinion of the court.

### Abstract of the Decision.

FRAUD, § 35*—*when statements as to financial condition of corporation not actionable.* In an action on the case to recover money paid for stock in a corporation, alleged to have been induced by the misrepresentations concerning the financial condition of the company made by defendants to whom plaintiff had been referred by the seller, a direction of a verdict for defendants *held* not error

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

THIRD DISTRICT—OCTOBER, 1913.        113

Pressley v. Kinloch-Bloomington Tel. Co. et al., 184 Ill. App. 113.

where some of the statements and representations were mere expressions of opinion and others were made after the plaintiff had raised money to make the investment so that plaintiff could not have relied thereon.

---

### Nellie M. Pressley, Administratrix, Appellee v. Kinloch-Bloomington Telephone Company and Bloomington & Normal Railway and Light Company, Appellants.

1. ELECTRICITY, § 27*—*when verdict against telephone company not sustained by the evidence.* In an action against an electric light company and a telephone company for the death of plaintiff's intestate, alleged to have been caused by an electric light current while acting as a city electric light trimmer, a verdict in favor of the plaintiff against the telephone company *held* manifestly against the weight of the evidence in that the evidence failed to show that the telephone wire which fell on the electric light wire and made the current belonged to the defendant telphone company.

2. APPEAL AND ERROR, § 1793*—*joint judgment.* Where a joint judgment against two defendants is erroneous as to one defendant, it will be reversed as to both.

Appeal from the Circuit Court of McLean county; the Hon. COLOSTIN D. MYERS, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed October 16, 1913. Rehearing denied November 5, 1913.

LILLARD & WILLIAMS, for appellant Kinloch-Bloomington Telephone Co.

SIGMUND LIVINGSTON and WILLIAM R. BACH, for appellant Bloomington & Normal Railway and Light Co.

JACOB P. LINDLEY, JOHN E. POLLOCK and EDWARD BARRY, for appellee.

MR. JUSTICE CREIGHTON delivered the opinion of the court.

This was an action on the case brought by appellee,

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

Vol. CLXXXIV 8